HEATHER E. WILLIAMS, #122664
Federal Defender
Noa E. Oren, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
noa_oren@fd.org

Attorney for Defendant
JORDAN HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-CR-00229-DJC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| JORDAN HUGHES, | Date: October 3, 2024 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Shea J. Kenny, Assistant United States Attorney, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, attorney for Jordan Hughes, that the status conference currently set for October 3, 2024, be continued to **November 21, 2024**, and that the Court exclude time between October 3, 2024, and November 21, 2024, under the Speedy Trial Act pursuant to Local Code T4.

The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 2,100 pages of documents; recordings of interviews with the defendant and others; and voluminous electronic records from the defendants' cellular phone, social media, and various electronic devices obtained in the investigation.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.  Defense counsel is reviewing

discovery and desires additional time to consult with her client, to evaluate potential defenses, and to otherwise prepare for trial.  Defense counsel has arranged an evidence view for October 1, 2024.  Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 21, 2024, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [Local Code T4] based upon continuity of counsel and defense preparation.


Dated:  September 26, 2024

HEATHER E. WILLIAMS
Federal Defender


*/s/ Noa Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
JORDAN HUGHES


Dated:  September 26, 2024

PHILLIP A. TALBERT
United States Attorney


*/s/ Shea J. Kenny*
SHEA J. KENNY
Assistant United States Attorney
Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

      **IT IS HEREBY ORDERED** that the status conference scheduled for October 3, 2024, at 9:00 a.m. is continued to **November 21, 2024, at 9:00 a.m.**  The time period through November 21, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  September 26, 2024           /s/ Daniel J. Calabretta

                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE