MICHELE BECKWITH
Acting United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00229-DJC |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JORDAN ANTHONY HUGHES, | DATE: January 23, 2025 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 23, 2025.

2. By this stipulation, defendant now moves to continue the status conference until February 20, 2025, at 9:00 a.m., and to exclude time between January 23, 2025, and February 20, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form including approximately 2,100 pages of documents; recordings of interviews with the defendant and others; and voluminous electronic records from the defendant's cellular phone, social media, and various

1   electronic devices obtained in the investigation.  All of this discovery has been either produced
2   directly to counsel and/or made available for inspection and copying.
3       b)   The parties have been discussing and exploring potential resolutions of the
4   defendant's state and federal cases.  In order to do so, defense counsel is researching and
5   investigating the impacts of resolution of the federal case on the state case, as well as
6   communicating with the relevant parties in the state case.
7       c)   Counsel for defendant desires additional time to consult with her client, review
8   the current charges, conduct investigation and research related to current charges as well as
9   potential resolutions (in both state and federal court), to review discovery, to discuss potential
10  resolutions with her client, and to otherwise prepare for trial.
11      d)   Counsel for defendant believes that failure to grant the above-requested
12  continuance would deny him/her the reasonable time necessary for effective preparation, taking
13  into account the exercise of due diligence.
14      e)   The government does not object to the continuance.
15      f)   Based on the above-stated findings, the ends of justice served by continuing the
16  case as requested outweigh the interest of the public and the defendant in a trial within the
17  original date prescribed by the Speedy Trial Act.
18      g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
19  et seq., within which trial must commence, the time period of January 23, 2025 to February 20,
20  2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
21  T4] because it results from a continuance granted by the Court at defendant's request on the basis
22  of the Court's finding that the ends of justice served by taking such action outweigh the best
23  interest of the public and the defendant in a speedy trial.
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 14, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated:  January 14, 2025

/s/ NOA OREN
NOA OREN
Counsel for Defendant
JORDAN ANTHONY HUGHES

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of January, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE