MICHELE BECKWITH
Acting United States Attorney
SHEA J. KENNY
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN ANTHONY HUGHES,<br><br>　　　　　Defendant. | 2:24-CR-00229-DJC<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jordan Anthony Hughes, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.　　Pursuant to 18 U.S.C. § 2253(a), defendant Jordan Anthony Hughes' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

　　　　a.　Apple iPhone XR, IMEI number: 356449107349283,
　　　　b.　Western Digital Hard Drive, Serial Number: WX32A81E1P4Y,
　　　　c.　Apple iPhone 7, IMEI number: 353845088238531,
　　　　d.　Samsung Galaxy, IMEI number: 356424985317389,
　　　　e.　Green and Black PNY Micro SD Card,
　　　　f.　Western Digital Hard Drive, Serial Number: WXJ1A69A1V6Z,
　　　　g.　Origin USB Drive, Serial Number: A00000000000489,
　　　　h.　ScanDisk Ultra USB Drive, Serial Number: 4C530001231108117064,
　　　　i.　Memorex USB Drive, Serial Number: 017C20049,
　　　　j.　PNY Micro SD Card, Serial Number: CG16G1832,
　　　　k.　Black Micro SD Card,
　　　　l.　ScanDisk 4GB Memory Card, Serial Number: BH0909614088G,
　　　　m.　Subaru SD Card, Serial Number: 86283CA640,

        n.       Black Montech Desktop PC, Serial Number: J20006241983,
        o.       Apple iPad, Serial Number: DN6GNSNVDKPH,
        p.       TCL Cell Phone, IMEI number: 015126000276853, and
        q.       ZTE Cell Phone, Serial Number: 000ECC5802E072.

2.      The above-listed property was used or intended to be used to commit and to promote the commission of a violation of 18 U.S.C. § 2251(a).

3.      Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Customs and Border Protection – Homeland Security Investigations, in its secure custody and control.

4.      a.      Pursuant to 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b.      This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5.      If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

SO ORDERED this 11th day of March, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE