1  ERIC GRANT
   United States Attorney
2  SHEA J. KENNY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              2:24-CR-00229-DJC

12                 Plaintiff,
                                          FINAL ORDER OF FORFEITURE
13         v.

14 JORDAN ANTHONY HUGHES,

15                 Defendant.

16

17    On March 11, 2025, this Court entered a Preliminary Order of Forfeiture pursuant to the

18 provisions of 18 U.S.C. § 2253(a), based upon the plea agreement entered into between plaintiff and

19 defendant Jordan Anthony Hughes forfeiting to the United States the following property:

20
            a.   Apple iPhone XR, IMEI number: 356449107349283,
21          b.   Western Digital Hard Drive, Serial Number: WX32A81E1P4Y,
            c.   Apple iPhone 7, IMEI number: 353845088238531,
22          d.   Samsung Galaxy, IMEI number: 356424985317389,
            e.   Green and Black PNY Micro SD Card,
23          f.   Western Digital Hard Drive, Serial Number: WXJ1A69A1V6Z,
            g.   Origin USB Drive, Serial Number: A00000000000489,
24          h.   ScanDisk Ultra USB Drive, Serial Number: 4C530001231108117064,
            i.   Memorex USB Drive, Serial Number: 017C20049,
25          j.   PNY Micro SD Card, Serial Number: CG16G1832,
            k.   Black Micro SD Card,
26          l.   ScanDisk 4GB Memory Card, Serial Number: BH0909614088G,
            m.   Subaru SD Card, Serial Number: 86283CA640,
27          n.   Black Montech Desktop PC, Serial Number: J20006241983,
            o.   Apple iPad, Serial Number: DN6GNSNVDKPH,
28          p.   TCL Cell Phone, IMEI number: 015126000276853, and

   q. ZTE Cell Phone, Serial Number: 000ECC5802E072.

Beginning on March 13, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), including all right, title, and interest of Jordan Anthony Hughes.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of September, 2025.

       /s/ Daniel J. Calabretta
       THE HONORABLE DANIEL J. CALABRETTA
       UNITED STATES DISTRICT JUDGE