ERIC GRANT
United States Attorney
SHEA J. KENNY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORDAN ANTHONY HUGHES,<br><br>Defendant. | CASE NO. 2:24-CR-00229-DJC<br><br>STIPULATION REGARDING RESTITUTION; ORDER<br><br>DATE: October 2, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

IT IS HEREBY STIPULATED and requested by and between the parties through their respective counsel, SHEA J. KENNY, Assistant United States Attorney, and NOA OREN, attorney for the defendant, Jordan Anthony Hughes, that restitution be ordered as follows and that the upcoming October 2, 2025 restitution hearing be vacated. The parties further request the Court issue an amended judgment which includes the restitution amounts set forth below.

The parties agree that each of the victims listed below are victims of the defendant's crimes, that a restitution order is appropriate under 18 U.S.C. § 2259(a), and that the defendant be ordered to pay restitution in the following amounts:

| | | |
|---|---|---|
| "John Doe I" | Eric L. Bauer<br>FBO 8 Kids (John Doe II)<br>P.O. Box 1091, Tacoma, WA 98401 | $3,000 |
| "John Doe II" | Eric L. Bauer<br>FBO 8 Kids (John Doe II)<br>P.O. Box 1091, Tacoma, WA 98401 | $3,000 |
| "John Doe III" | Eric L. Bauer<br>FBO 8 Kids (John Doe III)<br>P.O. Box 1091, Tacoma, WA 98401 | $3,000 |
| "John Doe IV" | Eric L. Bauer<br>FBO 8 Kids (John Doe IV)<br>P.O. Box 1091, Tacoma, WA 98401 | $3,000 |
| "John Doe V" | Eric L. Bauer<br>FBO 8 Kids (John Doe V)<br>P.O. Box 1091, Tacoma, WA 98401 | $3,000 |
| "Jenny" | Marsh Law Firm PLLC<br>FBO Jenny<br>P.O. Box 4668, #65135, New York, NY 10163 | $3,000 |
| "Jordan" | Marsh Law Firm PLLC<br>FBO Jordan<br>P.O. Box 4668, #65135, New York, NY 10163 | $3,000 |
| "Aaron" | Moore & Van Allen PLLC<br>FBO Aaron of TubTime1<br>100 N. Tyron St., Suite 4700, Charlotte, NC 28202 | $3,000 |
| "Michael" | Moore & Van Allen PLLC<br>FBO Michael<br>100 N. Tyron St., Suite 4701, Charlotte, NC 28202 | $3,000 |
| "Kauzie" | Deborah A Bianco, P.S.<br>FBO RapJerseys ("Kauzie")<br>PO Box 6503, Bellevue, WA 98008 | $3,000 |
| "Jack" | Deborah A Bianco, P.S.<br>FBO Rap72 ("Jack")<br>PO Box 6503, Bellevue, WA 98008 | $3,000 |
| "Vicky" | Carol L. Hepburn<br>FBO Vicky<br>PO Box 17718, Seattle, WA 98127 | $3,000 |
| "April" | Restore the Child PLLC<br>FBO AprilBlonde<br>2522 N Proctor St, Tacoma, WA 98406 | $3,000 |
| | **TOTAL** | **$39,000** |

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  September 26, 2025

ERIC GRANT
United States Attorney

/s/ SHEA J. KENNY
SHEA J. KENNY
Assistant United States Attorney

Dated:  September 26, 2025

/s/ NOA OREN
NOA OREN
Counsel for Defendant
JORDAN ANTHONY HUGHES

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. An amended judgment shall issue which includes the restitution language set forth above. The restitution hearing scheduled for October 2, 2025 is vacated.

IT IS SO ORDERED.

Dated:  September 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE